# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: MISBAH ABDUL-KAREEM     Civil No. 18-cv-2923 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED without prejudice** for lack of jurisdiction.

3. Misbah Abdul-Kareem's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 27, 2018     s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge