# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
| --- | --- |
| **In re: Misbah Abdul-Kareem** | Case No. 18-cv-2923 (SRN/HB) <br><br><br> **ORDER** |

SUSAN RICHARD NELSON, United States District Judge

It appears that Mr. Abdul-Kareem seeks to reopen his case only to ensure that the Clerk's Office retains five bills that he submitted as exhibits. He asks that they remain a part of his casefile in the event that they are challenged as counterfeit. The Court grants this request, without the need to reopen the case.

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Mr. Abdul-Kareem's Motion to Reopen Case and Motion to Retain Original Exhibits [Doc. No. 18] is **GRANTED in Part** with respect to the retention of the exhibits and **DENIED** to the extent he seeks to reopen the case; and

2. The Clerk's Office shall retain the five bills submitted by Mr. Abdul-Kareem as a part of his casefile.

**IT IS SO ORDERED.**


Dated: December 14, 2023

/s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge